UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| V. | ) ) CRIMINAL NO. SA-22-CR-00030-OLG |
| ANDRE DUPREE JACK, | ) ) ) ) |
| Defendant. | ) |

**UNITED STATES OF AMERICA'S**
**MOTION FOR FINAL JUDGMENT OF FORFEITURE**

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, and files its Motion for Final Judgment of Forfeiture, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2) and Title 21 U.S.C. § 853(n)(1-7), and in support thereof says the following:

**I.**

On March 21, 2024, the Defendant pled guilty pursuant to a written Plea Agreement (Doc. 13) to Counts One, Three, Five, Seven, and Nine of the Indictment (Doc. 1) returned against him, charging him with the violations of Title 18 U.S.C. §§ 371 and 2118(a) and Title 18 U.S.C. § 924(c)(1)(A)(ii). The Indictment and Bill of Particulars (Doc. 53) included a Notice of Demand for Forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461, in which the United States gave notice of its intent to forfeit certain property, namely:

1. Taurus, model PT740, .40 caliber pistol, serial number SGX13812; and
2. Any and all firearms, ammunition, and/or firearm accessories involved in or used in the commission of the criminal offenses,

hereinafter referred to as the Subject Property.

The Defendant's Plea Agreement and the factual basis contained therein establishes that the Subject Property is subject to forfeiture to the United States pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461.

**II.**

On April 23, 2024, the Court entered a Preliminary Order of Forfeiture (Doc. 85) and pursuant to said order, the notice of forfeiture was posted on an official government internet website (www.forfeiture.gov) for at least thirty (30) consecutive days, beginning on April 27, 2024, and ending on May 26, 2024, as required by Fed. R. Crim. P. 32.2(b)(6)(C). The Declaration of Publication (Doc. 97) was filed on June 14, 2024.

**III.**

The United States of America knows of no potential persons or entities who may have a third-party interest in the Subject Property. Court records for the United States District Clerk's Office, San Antonio Division, reveal that no petitions were filed in this cause by any third-party interests against the Subject Property pursuant to the provisions of Title 21 U.S.C. § 853(n)(1)-(7) and Fed. R. Crim. P. 32.2(b)(2), and the time for filing such petitions has expired.

**IV.**

On January 16, 2025, the Defendant was sentenced to a term of Three Hundred (300) months as to Counts One, Three, Five, Seven, and Nine. Terms to run consecutively with credit for time served while in custody for this federal offense. The Subject Property was included in his Judgment in a Criminal Case (Doc. 179) entered by this Court on January 22, 2025. Accordingly, this matter is ready for final disposition.

## V.

The United States of America moves the Court to find that the United States of America has established the requisite nexus between the Subject Property and the violations described above by virtue of the Defendant's guilty plea and the factual basis contained therein. The United States further moves the Court to find that the Defendant has an interest in the Subject Property.

Plaintiff, United States of America, further moves the Court to order that any and all right, title, and interest of the Defendant in the Subject Property be forfeited to the United States of America.

Plaintiff, United States of America, further moves this Court to order that The Bureau of Alcohol, Tobacco, Firearms, and Explosives and/or their designated custodian, shall dispose of the Subject Property in accordance with law.

Plaintiff, United States of America, further moves this Court to order that all terms and provisions contained in this Court's Preliminary Order of Forfeiture (Doc.85) entered on April 23, 2024, in so much as may be applicable and consistent with this Order, shall remain in full force and effect.

WHEREFORE, ALL PREMISES CONSIDERED, the United States of America moves this Honorable Court for a Final Judgment of Forfeiture against the Subject Property wherein all right, title, and interest in the Subject Property shall enure to the United States of America.

        Respectfully submitted,

        MARGARET F. LEACHMAN
        ACTING UNITED STATES ATTORNEY

By:   /s/_____
       RAY A. GATTINELLA
       Assistant United States Attorney

Asset Forfeiture Section
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
Tel: 210-384-7040
Fax: 210-384-7045
Email: Ray.Gattinella@usdoj.gov
State Bar No. 00798202
Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2025, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to counsel of record.

/s/
RAY A. GATTINELLA
Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CRIMINAL NO. SA-22-CR-00030-OLG |
| ) | |
| ANDRE DUPREE JACK, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT OF FORFEITURE**

Came on to be considered the United States of America's Motion for Final Judgment of Forfeiture, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2) and Title 21 U.S.C. § 853(n)(1)-(7), and this Court being fully and wholly apprised in all its premises, finds said Motion meritorious. The Court finds that the United States of America has proven by a preponderance of the evidence the nexus between the property described below and the violations of Title 18 U.S.C. §§ 371 and 2118(a) and Title 18 U.S.C. § 924(c)(1)(A)(ii), by virtue of the Defendant's Plea Agreement and the factual basis contained therein. The Court further finds that the Defendant has an interest in the property described below and does hereby GRANT said Motion. IT IS THEREFORE,

ORDERED that all right, title, and interest of the Defendant in the property described below, to wit:

1. Taurus, model PT740, .40 caliber pistol, serial number SGX13812; and
2. Any and all firearms, ammunition, and/or firearm accessories involved in or used in the commission of the criminal offenses,

hereinafter referred to as the Subject Property be, and hereby is, forfeited to the United States of America; and IT IS FURTHER,

ORDERED that any and all right, title, and interest of any and all other potential petitioners in the Subject Property be, and hereby is, held in default and FORFEITED to the United States of America; and IT IS FURTHER

ORDERED that The Bureau of Alcohol, Tobacco, Firearms, and Explosives and/or its designated Custodian, shall dispose of the Subject Property in accordance with law; and IT IS FURTHER

ORDERED that all terms and provisions contained in this Court's Preliminary Order of Forfeiture (Doc. 85) entered on April 23, 2024, in so much as may be applicable and consistent with this Order, shall remain in full force and effect.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2025.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE