FILED
February 28, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) CRIMINAL NO. SA-22-CR-00030-OLG |
| | ) |
| **ANDRE DUPREE JACK,** | ) |
| | ) |
| **Defendant.** | ) |

## FINAL JUDGMENT OF FORFEITURE

Came on to be considered the United States of America's Motion for Final Judgment of Forfeiture, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2) and Title 21 U.S.C. § 853(n)(1)-(7), and this Court being fully and wholly apprised in all its premises, finds said Motion meritorious. The Court finds that the United States of America has proven by a preponderance of the evidence the nexus between the property described below and the violations of Title 18 U.S.C. §§ 371 and 2118(a) and Title 18 U.S.C. § 924(c)(1)(A)(ii), by virtue of the Defendant's Plea Agreement and the factual basis contained therein. The Court further finds that the Defendant has an interest in the property described below and does hereby GRANT said Motion. IT IS THEREFORE,

ORDERED that all right, title, and interest of the Defendant in the property described below, to wit:

1. Taurus, model PT740, .40 caliber pistol, serial number SGX13812; and
2. Any and all firearms, ammunition, and/or firearm accessories involved in or used in the commission of the criminal offenses,

hereinafter referred to as the Subject Property be, and hereby is, forfeited to the United States of America; and IT IS FURTHER,

ORDERED that any and all right, title, and interest of any and all other potential petitioners in the Subject Property be, and hereby is, held in default and FORFEITED to the United States of America; and IT IS FURTHER

ORDERED that The Bureau of Alcohol, Tobacco, Firearms, and Explosives and/or its designated Custodian, shall dispose of the Subject Property in accordance with law; and IT IS FURTHER

ORDERED that all terms and provisions contained in this Court's Preliminary Order of Forfeiture (Doc. 85) entered on April 23, 2024, in so much as may be applicable and consistent with this Order, shall remain in full force and effect.

IT IS SO ORDERED.

SIGNED this  28th  day of  February         , 2025.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE